1  Kolin C. Tang (SBN 279834)
   **SHEPHERD, FINKELMAN, MILLER**
2  **& SHAH, LLP**
3  1401 Dove Street
   Suite 540
4  Newport Beach, CA 92660
5  Phone: 323-510-4060
   Fax: 866-300-7367
6  ktang@sfmslaw.com

7  *Counsel for Plaintiffs, on behalf of themselves*
8  *and all others similarly situated*

9  [Additional Counsel on Signature Page]

10                 **IN THE UNITED STATES DISTRICT COURT**

11              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL CORMIER and NICHOLAS SHONER, | CASE NO. 2:18-cv-07030 CAS (Ex) |
| Plaintiffs, | **PLAINTIFF'S OMNIBUS APPLICATION FOR LEAVE TO FILE UNDER SEAL REGARDING CLASS CERTIFICATION BRIEFING** |
| v. | |
| CARRIER CORPORATION, | |
| Defendant. | |
| | **Declaration thereto filed concurrently herewith; [Proposed] Order Granting Application to File Under Seal lodged concurrently herewith]** |
| | Date: March 11, 2019 |
| | Time: 10:00 a.m. |
| | Judge: Christina A. Snyder |

Pursuant to Local Rule 79-5.2.2, Plaintiff, Paul Cormier ("Plaintiff"), seeks leave to file under seal portions of Plaintiff's Motion for Class Certification; the Declaration of Timothy N. Mathews filed in support thereto ("Mathews Declaration"); an exhibit attached thereto; and certain of the exhibits attached to Plaintiff's Motion to Limit Consideration of the Expert Report of Wayne Schneyer.  This Application is accompanied by the Declaration of Kolin C. Tang ("Tang Decl.") in support and a Proposed Order, which is narrowly tailored and identifies the exhibits and corresponding portions of Plaintiff's Motion for Class Certification and the Mathews Declaration.

The exhibits at issue are documents produced by Defendant, Carrier Corporation ("Carrier"), which Carrier designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," pursuant to paragraphs 1(d) and (e) of the Stipulated Protective Order issued by the Honorable Charles F. Eick, United States Magistrate Judge on September 20, 2018. [Dkt. No. 44, at 3-4.]  Under paragraphs 1(d) and (e) of the Stipulated Protective Order, such documents are designated as "Confidential" or "Highly Confidential Attorneys' Eyes Only" because they contain information that is considered by at least one party as confidential and proprietary, including trade secret and confidential research, development, or commercial information, or other information that a party deems confidential and protectable under Rule 26.  Further, the exhibits include an expert report that refer to documents and information designated "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" by Carrier, and documents and information previously filed under seal pursuant to the Court's Orders in the related case, *Oddo v. Arcoaire Air Conditioning & Heating*, No. 8:15-cv-01985-CAS, Dkt. Nos. 116, 163 (C.D. Cal.).  Plaintiff's Motion for Class Certification and the Mathews Declaration also refer to documents and information designated "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" by Carrier.

Accordingly, Plaintiff believes there is good cause and requests that the exhibits and relevant portions of Plaintiff's Motion for Class Certification and the Mathews Declaration be filed under seal because they reference, discuss, or describe highly

confidential and proprietary materials produced and designated as such by Carrier that are not known to the public. See Tang Decl., ¶ 10.

Pursuant to Local Rule 79-5.2.2 (b), Plaintiff met and conferred with Carrier on January 14, 2019, concerning the papers Plaintiff planned on filing that were or referred to documents that Carrier designated Confidential and Highly Confidential. See id., ¶ 7. Plaintiff also identified the pertinent exhibits/documents and requested Carrier identify any such information that could be filed publicly. See id. These Exhibits/documents include documents that were previously filed under seal pursuant to the Court's Orders in the related case, *Oddo v. Arcoaire Air Conditioning & Heating*, No. 8:15-cv-01985-CAS, Dkt. Nos. 116, 163 (C.D. Cal.). See id. ¶ 8. Carrier responded on January 16, 2019, requesting confidential treatment of the documents sought to be sealed here. See id. ¶ 7.

Plaintiff has informed Carrier of its obligations under Local Rule 79-5.2.2(b) to file a declaration establishing that all or part of the designated materials are sealable within four days of the filing of this Application. A Proposed Order granting the requested relief is submitted herewith.

Dated: January 18, 2019              Respectfully submitted,


                                    By:   *Kolin C. Tang*
                                          Kolin C. Tang (SBN 279834)
                                          **SHEPHERD, FINKELMAN,**
                                          **MILLER & SHAH, LLP**
                                          1401 Dove Street
                                          Suite 540
                                          Newport Beach, CA 90660
                                          ktang@sfmslaw.com
                                          Telephone: (323) 510-4060
                                          Facsimile: (866) 300-7367

Timothy N. Mathews (*Pro Hac Vice*)
Zachary P. Beatty (*Pro Hac Vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
Email: tnm@chimicles.com
           zpb@chimicles.com

James C. Shah (SBN 260435)
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5-3.2, I certify that on January 18, 2019 a copy of the foregoing document, along with all concurrently filed documents, were served by e-mail upon the following parties to this action:

Daniel A. Bress (State Bar No. 257305)
daniel.bress@kirkland.com
Devin S. Anderson (pro hac vice)
devin.anderson@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5100

Jonathan Jeffrey Faria (State Bar No. 274019)
jonathan.faria@kirkland.com
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Defendant*

                                          /s/ Kolin C. Tang
                                          Kolin C. Tang