Kolin C. Tang (SBN 279834)
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
1401 Dove Street, Suite 540
Newport Beach, CA 90660
ktang@sfmslw.com
Telephone: (323) 510-4060
Facsimile: (866) 300-7367

*Counsel for Plaintiff, on behalf of himself and all others similarly situated*

[Additional Counsel on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CORMIER and NICHOLAS SHONER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CARRIER CORPORATION, <br><br> Defendant. | Case No.: 8:18-cv-07030-CAS (EX) <br><br> **REQUEST FOR ENTRY OF JUDGMENT** |

This action against Defendant Carrier Corporation ("Carrier") was filed by two individual plaintiffs, Nicholas Shoner and Paul Cormier, and transferred to this Court. (ECF 1.)

In its October 22, 2018 decision on Carrier's motion to dismiss, this Court dismissed all claims asserted by Mr. Shoner, and allowed certain of Mr. Cormier's claims to proceed. (ECF 52.) The Court afforded the plaintiffs 14 days to amend the complaint, but they chose to stand on the original complaint. Therefore, all of Mr. Shoner's claims have been dismissed since October 22, 2018.

On May 16, 2019, the Court consolidated this action with the action in *Oddo v. United Technologies Corporation*, case number 8:15-cv-01985-CAS(Ex), for pretrial purposes only. (ECF 104.) However, "one of multiple cases consolidated under [Rule 42(a)] retains its independent character, at least to the extent it is appealable when finally resolved, regardless of any ongoing proceedings in the other cases." *Hall v. Hall*, 138 S. Ct. 1118, 1128-29 (2018).

On November 16, 2020, Mr. Cormier accepted an offer of judgment in his favor from Carrier, inclusive of costs and fees. (ECF 116.) Mr. Cormier is entitled to entry of judgment under Rule 68, which states that after acceptance of an offer of judgment, "[t]he clerk must then enter judgment."

As there are no longer any claims pending in this action, which retains its independent character from the *Oddo* action, final judgment should be entered in this action: (1) in favor of Mr. Cormier on the terms stated in the accepted Offer of Judgment, and (2) in favor of Carrier on Mr. Shoner's claims, which were dismissed October 22, 2018. Plaintiffs request entry of final judgment in this action in the form filed herewith.

| | |
|---|---|
| DATED: December 4, 2020 | By:   /s/ Timothy N. Mathews |
| | Timothy N. Mathews (*Pro Hac Vice*) |
| | Zachary P. Beatty (*Pro Hac Vice*) |
| | **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP** |
| | One Haverford Centre |
| | 361 West Lancaster Avenue |
| | Haverford, PA 19041 |
| | Telephone: (610) 642-8500 |
| | Facsimile: (610) 649-3633 |
| | Email: tnm@chimicles.com |
| | zpb@chimicles.com |
| | |
| | James C. Shah (SBN 260435) |
| | **SHEPHERD, FINKELMAN, MILLER & SHAH, LLP** |
| | 35 East State Street |
| | Media, PA 19063 |
| | Telephone: (610) 891-9880 |
| | Facsimile: (866) 300-7367 |
| | Email: jshah@sfmslaw.com |
| | |
| | Kolin C. Tang (SBN 279834) |
| | **SHEPHERD, FINKELMAN, MILLER & SHAH, LLP** |
| | 1401 Dove Street |
| | Suite 540 |
| | Newport beach, CA 90660 |
| | ktang@sfmslw.com |
| | Telephone: (323) 510-4060 |
| | Facsimile: (866) 300-7367 |

**CERTIFICATE OF SERVICE**

I certify that on December 4, 2020, a copy of the foregoing *Request for Entry of Judgment* was served via the ECF notification system on all registered users.

          */s/ Timothy N. Mathews*
          Timothy N. Mathews

          Attorney for Plaintiff