Kolin C. Tang (SBN 279834)
**SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP**
1401 Dove Street, Suite 540
Newport Beach, CA 90660
ktang@sfmslw.com
Telephone: (323) 510-4060
Facsimile: (866) 300-7367

JS-6

*Counsel for Plaintiff, on behalf of himself
and all others similarly situated*

[Additional Counsel on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CORMIER and NICHOLAS SHONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARRIER CORPORATION,<br><br>Defendant. | Case No.: 2:18-cv-07030-CAS (Ex)<br><br>**JUDGMENT IN A CIVIL ACTION** |

The court enters judgment that:

1) Plaintiff Paul Cormier shall recover the amount of $10,000.00 from Defendant Carrier Corporation, which is inclusive of all damages (including but not limited to statutory multipliers and punitive, consequential, and indirect damages, to the extent recoverable in this Action), costs, attorneys' fees, prejudgment interest, and other expenses recoverable in connection with this Action, if any, and any other recovery, legal or equitable, that Mr. Cormier may be entitled to in connection with this Action.

2) Plaintiff Nicholas Shoner shall recover nothing, and his claims are dismissed on the merits.

DATED: March 1, 2021

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE